**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ACQIS LLC, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | |
| DELL INC.; HEWLETT-PACKARD CO.; § | Civil Action No. 6:09-cv-00148-LED |
| INTERNATIONAL BUSINESS MACHINES § | JURY TRIAL DEMANDED |
| CORP.; NEC CORP. OF AMERICA; and § | |
| ORACLE AMERICA, INC. § | |
| § | |
| Defendants. § | |

**DEFENDANT DELL INC.'S TRIAL WITNESS LIST**

Defendant Dell Inc. ("Dell") submits its witness list pursuant to the Docket Control Order (D.I. 289).

| Party/Type | Witness | Will Call | May Call |
|---|---|---|---|
| **Acqis** | William Chu | | x |
| | Doug DeVivo | | x |
| | Tony Man | | x |
| **Dell** | Tracy Davis | x | |
| | Joseph Farrell | | x |
| | Chad Fenner | x | |
| | Thomas Garvens | | x |
| | James Hamilton | | x |
| | John Nieto | | x |
| | Thierry Pellegrino | | x |
| | Anthony Peterman | | x |
| | Mike Roberts | | x |
| **Experts** | Carol Ludington | x | |
| | Robert McClure | x | |
| | Ray Mercer | x | |
| **Third Party** | Larry Forsley | | x |
| | Roger Gaskell | | x |
| | Paul Groom | | x |
| | Cheryl Smith | | x |
| | Vince Conroy | | x |
| | Chuck Reeder | | x |
| | Guy Irving | | x |
| | Ken Hempen | | x |

| Party/Type | Witness | Will Call | May Call |
|---|---|---|---|
| | Walter Otto | | x |
| | Luke Pedersen | | x |
| | Charles Reeder | | x |
| | Alan Pocrass | | x |
| | Larry Genovesi | | x |
| | Steve Packer | | x |
| | Rafael Graulau | | x |
| | Akram Chowdry | | x |

Dell reserves the right to call at trial any of the witnesses listed on Plaintiff's or any other party's trial witness list, or in Dell's or Plaintiff's or any other party's initial disclosures, as amended and/or supplemented, either in person or by way of a deposition.  Dell reserves the right to call at trial, as a rebuttal or impeachment witness, any of the witnesses listed on this list, on Plaintiff's or any other party's trial witness list, in Plaintiff's or Dell's or any other party's initial disclosures, as amended and/or supplemented, or any other witness, either in person or by way of a deposition.

Dell may also introduce testimony via designated portions of depositions, including portions of depositions of Plaintiff's Fed. R. Civ. P. 30(b)(6) designee(s), portions of depositions of witnesses affiliated or associated with Plaintiffs, and portions of depositions of unavailable witnesses. Dell will provide its designations pursuant to the timing set forth in the Court's Docket Control Order.

November 19, 2010

Respectfully submitted,

By: */s/ Michael C. Barrett*
Michael C. Barrett – Lead Attorney
State Bar No. 24006803
FULBRIGHT & JAWORSKI LLP
600 Congress Avenue, Suite 2400
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
mbarrett@fulbright.com

COUNSEL FOR DEFENDANT
DELL INC.

## CERTIFICATE OF SERVICE

    I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on **November 19, 2010**. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

                                                 */s/ Michael C. Barrett*
                                                 Michael C. Barrett