IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ACQIS LLC, | § |  |
|---|---|---|
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION No. 6:09-CV-148-LED |
| v. | § | |
| | § | |
| APPRO INTERNATIONAL, INC., et al. | § | |
| | § | |
| *Defendants*. | § | |

### DEFENDANT IBM'S AMENDED RULE 26(a)(3) WITNESS LIST

Defendant International Business Machines Corporation ("IBM") hereby provides its witness list pursuant to Fed. R. Civ. P. 26(a)(3), the Docket Control Order modified by order on July 2, 2010 (dkt no. 289).  This list has been amended pursuant to the Court's Order regarding trial entered on November 23, 2010 (dkt no. 408).  IBM identifies each witness they may present at trial, other than solely for impeachment, as "will call," "may call," or "probably will not call," in addition to each witness' employer and topic the witness will address.

|    | WITNESS | (A) WILL CALL | (B) MAY CALL | (C) MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | Michelle Baumgartner-Bonanno<br>IBM[1]<br>damages | X | | |
| 2. | Dr. Thomas Conte<br>IBM<br>expert re noninfringement | X | | |

---

[1] IBM witnesses are available via counsel for IBM, Quinn Emanuel Urquhart & Sullivan LLP, 555 Twin Dolphin Drive, Fifth Floor, Redwood Shores, CA 94065.

1

|     | **WITNESS** | (A)<br>WILL CALL | (B)<br>MAY CALL | (C)<br>MAY, BUT PROBABLY WILL NOT CALL |
|-----|-------------|:----------------:|:---------------:|:--------------------------------------:|
| 3.  | Bill Holland<br>IBM<br>noninfringement, invalidity | X | | |
| 4.  | Dr. Robert McClure<br>IBM<br>expert re invalidity | X | | |
| 5.  | Alan Ratliff<br>IBM<br>expert re damages | X | | |
| 6.  | Alex Yost<br>IBM<br>damages, noninfringement | X | | |
| 7.  | Roger Gaskell<br>Kognitio<br>invalidity | X | | |
| 8.  | Lawrence Genovesi<br>Terascala, Inc.<br>invalidity | X | | |
| 9.  | Jim Mederios<br>Seven Pinnacles<br>invalidity | X | | |
| 10. | Walter Otto<br>IBM<br>invalidity | X | | |
| 11. | Vince Conroy<br>CTO FusionStorm<br>invalidity | X | | |
| 12. | Alan Pocrass<br>Plexcom<br>invalidity | X | | |
| 13. | David Champion<br>IBM<br>noninfringement, invalidity | | X | |
| 14. | Yiu-Fai Chan<br>Acqis[2]<br>invalidity, standing, damages | | X | |
| 15. | Theresa Chu<br>Acqis<br>damages, standing, laches | | X | |

---

[2] Defendants believe Acqis witnesses can be contacted through Plaintiff's counsel

|  | **WITNESS** | **(A)**<br>**WILL CALL** | **(B)**<br>**MAY CALL** | **(C)**<br>**MAY, BUT PROBABLY WILL NOT CALL** |
|---|---|---|---|---|
| 16. | David Chen<br>Tensilica, Inc.<br>invalidity, standing |  | X |  |
| 17. | Martin Crippen<br>IBM<br>noninfringement, invalidity |  | X |  |
| 18. | Elmootazbellah (Mootaz) Elnozahy<br>IBM<br>noninfringement, invalidity |  | X |  |
| 19. | Lawrence Forsley<br>JWK Corp.<br>invalidity |  | X |  |
| 20. | Paul Groom<br>Kognitio<br>invalidity |  | X |  |
| 21. | Steven Hunter<br>IBM<br>noninfringement, invalidity |  | X |  |
| 22. | Hance Huston<br>IBM<br>damages |  | X |  |
| 23. | Guy Irving<br>Arrow Electronics<br>invalidity |  | X |  |
| 24. | Tom Jeremiah<br>IBM<br>noninfringement, invalidity |  | X |  |
| 25. | Steven Lin<br>Cirrus Logic, Inc.<br>standing |  | X |  |
| 26. | Kenneth Ocheltree<br>IBM<br>noninfringement, laches |  | X |  |
| 27. | Dr. William Mangione-Smith<br>Acqis<br>invalidity, noninfringement |  | X |  |
| 28. | Andrew McLaughlin<br>IBM<br>damages, noninfringement |  | X |  |

|     | **WITNESS** | **(A)**<br>**WILL CALL** | **(B)**<br>**MAY CALL** | **(C)**<br>**MAY, BUT PROBABLY WILL NOT CALL** |
|-----|-------------|---------------------------|--------------------------|------------------------------------------------|
| 29. | Cynthia Seal (aka Cynthia Byrd)<br>IBM<br>willfulness | | X | |
| 30. | Cheryl Smith<br>Terascala, Inc.<br>invalidity | | X | |
| 31. | Theodore J. Will<br>IBM<br>noninfringement, damages | | X | |
| 32. | Doug Erickson<br>IBM<br>damages | | X | |
| 33. | Mike Scollard<br>IBM<br>noninfringement | | X | |
| 34. | Michelle Browdy<br>IBM<br>willfulness | | X | |
| 35. | David Quinto<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>willfulness | | X | |
| 36. | Evan Griffith<br>IBM<br>damages | | X | |
| 37. | Tony Man (aka Tony Lamman and/or Tony Chak-Lamman)<br>Acqis<br>noninfringement, invalidity, standing, damages | | X | |
| 38. | Thomas Gafford<br>Acqis<br>expert re infringement, invalidity | | X | |
| 39. | Dr. Christopher Vellturo<br>Acqis<br>expert re damages | | X | |
| 40. | Emmet Murtha<br>Acqis<br>damages | | X | |

|     | **WITNESS** | (A)<br>WILL CALL | (B)<br>MAY CALL | (C)<br>MAY, BUT PROBABLY WILL NOT CALL |
|-----|-------------|------------------|-----------------|----------------------------------------|
| 41. | Douglas DeVivo<br>Acqis<br>noninfringement, invalidity, willfulness, standing, damages | | X | |
| 42. | William W. Y. Chu<br>Acqis<br>noninfringement, invalidity, willfulness, standing, damages, laches | | X | |
| 43. | Maurice Bland<br>IBM<br>noninfringement | | X | |
| 44. | Dhruv Desai<br>IBM<br>noninfringement, invalidity | | X | |
| 45. | Botond Kiss<br>IBM<br>damages | | X | |
| 46. | Christopher West<br>IBM<br>noninfringement | | X | |
| 47. | David Cosby<br>IBM<br>noninfringement | | | X |
| 48. | Ed Suffern<br>IBM<br>noninfringement | | | X |
| 49. | Ron Billau<br>IBM<br>noninfringement | | | X |
| 50. | Steve Hartman<br>IBM<br>noninfringement | | | X |
| 51. | Mike Hackworth<br>Cirrus Logic, Inc.<br>standing | | | X |
| 52. | Steven Packer<br>previously employed at Intel Corp.<br>invalidity, standing | | | X |

|  | **WITNESS** | (A)<br>WILL CALL | (B)<br>MAY CALL | (C)<br>MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 53. | James Akiyama<br>Intel Corp.<br>invalidity, standing |  |  | X |
| 54. | Lisa Sokol<br>IBM<br>invalidity |  |  | X |
| 55. | Hewlett-Packard<br>damages |  |  | X |
| 56. | Dell, Inc.<br>damages |  |  | X |
| 57. | Oracle America, Inc.<br>damages |  |  | X |
| 58. | Appro International, Inc.<br>damages |  |  | X |
| 59. | Clearcube, Inc.<br>damages |  |  | X |
| 60. | Fujitsu America, Inc.<br>damages |  |  | X |
| 61. | NEX Computers, Inc.<br>damages |  |  | X |
| 62. | Super Micro Computer, Inc.<br>damages |  |  | X |
| 63. | Hitachi America, Ltd.<br>damages |  |  | X |
| 64. | NEC Corp. of America.<br>damages |  |  | X |
| 65. | Walmart<br>damages, noninfringement |  |  | X |

IBM reserves the right to call any witnesses identified or called by Plaintiff at trial. IBM also reserves the right to and may offer the video deposition testimony of any and/or all witnesses called by Plaintiff at trial for purposes of impeachment, including but not limited to offering or otherwise using any exhibit(s) referenced in such video deposition. This includes any witnesses called by Plaintiff at trial as live witnesses, as video-designated witnesses, or any other type of offer of testimony at trial.

DATED:   November 29, 2010

                                        Respectfully submitted,

                                        */s/Michael D. Powell*
                                        Robert W. Stone (CA SBN 163513)
                                        Michael D. Powell (CA SBN 202850)
                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
                                        robertstone@quinnemanuel.com
                                        mikepowell@quinnemanuel.com
                                        555 Twin Dolphin Dr., 5th Floor
                                        Redwood Shores, California 94065
                                        Telephone: (650) 801 5000
                                        Facsimile:   (650) 801 5100

                                        Eric M. Albritton
                                        Texas State Bar No. 00790215
                                        ALBRITTON LAW FIRM
                                        P.O. Box 2649
                                        Longview, Texas 75606
                                        (903) 757-8449 (phone)
                                        (903) 758-7397 (fax)
                                        ema@emafirm.com

                                        *Counsel for International Business*
                                        *Machines Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this **29th** day of **November 2010**, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/Michael D. Powell*