IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ACQIS LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| INTERNATIONAL BUSINESS | § | CASE NO. 6:09 CV 148 |
| MACHINES CORP. | § | PATENT CASE |
| | § | |
| Defendant. | § | |

VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

1.  Did ACQIS prove by a preponderance of the evidence that IBM infringed any of the asserted claims of the ACQIS patents identified below?

    **Answer "Yes" or "No" for each listed claim:**

'415 Patent

Claim 12    Yes

Claim 74    Yes

'416 Patent

Claim 56    Yes

'779 Patent

Claim 16    Yes

Claim 26    Yes

Claim 57    Yes

1

2. For each asserted claim of the patents-in-suit, did IBM prove by clear and convincing evidence that such claim is invalid?

   Answer "Yes" or "No" for each invalidity theory.

| '415 Patent | Anticipation | Obviousness |
|---|---|---|
| Claim 12 | No | No |
| Claim 74 | No | No |

| '416 Patent | Anticipation | Obviousness |
|---|---|---|
| Claim 56 | No | No |

| '779 Patent | Anticipation | Obviousness |
|---|---|---|
| Claim 16 | No | No |
| Claim 26 | No | No |
| Claim 57 | No | No |

3. What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate ACQIS for IBM's past infringement? Only award damages for those claims you find infringed by IBM and not proven invalid by IBM. In other words, do not award damages for claims that you did not find infringed by IBM or those claims where IBM proved the claim invalid.

   Answer: $ 9,094,148

Signed this 23 day of February, 2011

_____
JURY FOREPERSON

2