IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ACQIS LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| INTERNATIONAL BUSINESS | § | |
| MACHINES CORP. | § | CASE NO. 6:09 CV 148 |
| | § | PATENT CASE |
| Defendant. | § | |
| | § | |

**FINAL JUDGMENT**

This action was tried by a jury with the undersigned presiding, and the jury has reached a verdict.

It is **ORDERED** that:

Acqis LLC recover from International Business Machines Corp. the amount of $9,094,148.00 with interest at the statutory rate under 28 U.S.C. § 1961(a), along with costs.

**So ORDERED and SIGNED this 1st day of March, 2011.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE