# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>        Defendant. | Case No. 6:09-00148-LED<br>**Jury Trial Demanded** |

## ORDER

Before the Court is ACQIS's Unopposed Motion to Amend Final Judgment to Include Additional Damages and Prejudgment Interest. The Court is of the opinion that said Motion should be granted.

It is therefore ORDERED that the Unopposed Motion to Amend Final Judgment to Include Additional Damages and Prejudgment Interest is GRANTED.

The Final Judgment (D.I. 666) is therefore amended as follows:

ACQIS LLC shall recover from International Business Machine Corp. the amount of $12,192,225.00, plus costs of $18,469.72 and post-judgment interest beginning on March 2, 2011 at the statutory rate under 28 U.S.C. § 1961(a).

**So ORDERED and SIGNED this 14th day of July, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**