# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>　　　　　Defendants. | Case No. 6:09-00148-LED<br>**Jury Trial Demanded** |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF INTERNATIONAL BUSINESS MACHINES CORP.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, ACQIS LLC ("ACQIS") and International Business Machines Corp. ("IBM"), through their respective undersigned counsel, hereby stipulate and agree that their respective actions against each other be, and hereby are, dismissed in their entirety with prejudice, each side to bear its own costs and expenses, including attorney fees, incurred in connection with the actions.

Dated: December 29, 2011

Respectfully submitted,

| | |
|---|---|
| */s/ James P. Brogan* | */s/ Michael D. Powell* |

George E. Chandler
CHANDLER LAW OFFICES
207 E. Frank St., Ste 105
Lufkin, TX 75901-0340

James P. Brogan
Wayne O. Stacy
Carolyn V. Juarez
Ann Marie Byers
COOLEY LLP
380 Interlocken Crescent, Ste. 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Thomas J. Friel, Jr.
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

***Counsel for ACQIS LLC***

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com ALBRITTON
LAW FIRM P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Robert W. Stone
 robertstone@quinnemanuel.com
Michael D. Powell
 mikepowell@quinnemanuel.com Quinn
Emanuel Urquhart & Sullivan
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Charles P. Emanuel
chipemanuel@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

***Counsel for International Business Machines Corp.***

Dated:  December 29, 2011

Respectfully submitted,

| | |
|---|---|
| */s/  James P. Brogan* | */s/  Michael D. Powell* |

George E. Chandler
CHANDLER LAW OFFICES
207 E. Frank St., Ste 105
Lufkin, TX  75901-0340

James P. Brogan
Wayne O. Stacy
Carolyn V. Juarez
Ann Marie Byers
COOLEY LLP
380 Interlocken Crescent, Ste. 900
Broomfield, CO  80021-8023
Telephone:    (720) 566-4000
Facsimile:    (720) 566-4099

Thomas J. Friel, Jr.
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

***Counsel for ACQIS LLC***

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com ALBRITTON
LAW FIRM P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Robert W. Stone
 robertstone@quinnemanuel.com
Michael D. Powell
 mikepowell@quinnemanuel.com Quinn
Emanuel Urquhart & Sullivan
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Charles P. Emanuel
chipemanuel@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

***Counsel for International Business Machines Corp.***

3.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this **JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF IBM** was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile and/or U.S. First Class Mail on December 29, 2011.

*/s/ James P. Brogan* _____

367945 v1/CO